MICHAEL FAILLACE & ASSOCIATES, P.C.
Michael Faillace [MF-8436]
60 East 42nd Street, Suite 4510
New York NY 10165
(212) 317-1200
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOEL RODRIGUEZ FRANCO,, individually and
on behalf of other similarly situated,

                                    Petitioners,

-against-

TANDOORI NORTH INC. (d/b/a Indigo Indian
Bistro), JOGINDER PAUL and ANIL KUMAR,

                                    Respondents

-----------------------------------------------------------------X

**AFFIDAVIT OF
SERVICE**

17-cv-09393

STATE OF NEW YORK      )
                       ) SS.:
COUNTY OF NEW YORK     )

SAMANTHA A. CEDENO CASSINELLI, being duly sworn, deposes and says:

Deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

On December 4, 2017, I mailed copies of Judge Furman's Order (Dkt No. 10) and the Court's Individual Rules and Practices, to Defendants Tandoori North Inc. (d/b/a Indigo Indian Bistro), Joginder Paul and Anil Kumar by First Class Mail through the United States Postal Service to:

Tandoori North Inc. (d/b/a Indigo Indian Bistro)
283 Columbus Avenue,
New York, NY 10023

Joginder Paul
283 Columbus Avenue
New York, NY 10023

Anil Kumar
283 Columbus Avenue
New York, NY 10023

_____
Samantha A. Cedeno Cassinelli

Sworn to before me on this
4th of December 2017.

_____
Notary Public

MARIA J CEDENO CASSINELLI
Notary Public, State of New York
Registration #01CE6332862
Qualified In Nassau County
Commission Expires Nov. 9, 2019