# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

December 18, 2019

**VIA ECF**

Honorable Judge Sarah L Cave.  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007-1312

Re: *Rodriguez Franco et al v. Tandoori North Inc. et al.*  
<u>1:17-cv-09393</u>

Dear Judge Cave:

We represent Plaintiff in the above-referenced matter. We write to respectfully request an additional 30 days to move for default against the Defendants.

The undersigned has recently spoke with the individual Defendants new attorney and the parties began discussing a settlement in lieu of default. Therefore, we respectfully request a 30 day extension of time to move for default.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/Gennadiy Navdenskiy*  
Gennadiy Navdenskiy

---

Plaintiff's Letter-Motion for an extension of time to move for default (ECF No. 64) is GRANTED. Plaintiff is directed to move for default by **Monday, January 20, 2020**. The Clerk of Court is respectfully directed to close ECF No. 64 and mail a copy of this order to the individual defendatns at the address below.

Messrs. Joginger Paul, Anil Kumar, and Aneesh Kumar  
83-11 262nd Street  
Glen Oaks, NY 11004

SO ORDERED  12/19/19

SARAH L. CAVE  
United States Magistrate Judge

*Certified as a minority-owned business in the State of New York*