# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510          Telephone: (212) 317-1200
New York, New York 10165          Facsimile: (212) 317-1620

February 20, 2020

**Via ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: Rodriguez Franco et al v. Tandoori North Inc. et al; 17-cv-09393

Your Honor:

This firm represents the Plaintiff in the above-referenced action. The undersigned writes to you jointly with Defendants' counsel to inform the Court the parties have reached a settlement in principle. Therefore, we respectfully request that the Court cancel the deadline for Plaintiff to move for default judgment, and direct the parties to submit a settlement agreement in 30 days.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

\_\_\_/s/Michael Faillace\_\_\_\_\_
Michael Faillace

---

In light of the parties' joint notice that they have reached a settlement in principle (ECF No. 68), Plaintiff's deadline to move for default is terminated. The parties' joint request to submit their settlement agreement (id.) is GRANTED. The parties are directed to submit their settlement documents for approval under Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015) by **Monday, March 23, 2020**. The Clerk of Court is respectfully directed to close ECF No. 68 and mail a copy of this order to the individual defendants at the address below.

Messrs. Joginder Paul and Anil Kumar
83-11 262nd Street
Glen Oaks, NY 11004

SO-ORDERED 2/21/2020

SARAH L. CAVE
United States Magistrate Judge