# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165  
_____

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

April 15, 2020

**Via ECF**

Honorable Sarah L. Cave  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

   Re: <u>Rodriguez Franco et al v. Tandoori North Inc. et al;17-cv-09393</u>

Your Honor:

  This firm represents the Plaintiff in the above-referenced action. We write to respectfully request a 2 week extension of time from today to April 29, 2020 to submit Plaintiff's motion for settlement. Defense counsel has not yet confirmed that the draft agreement is approved to send to my client for signature. Therefore, we respectfully request a 2 week extension of time to submit Plaintiff's motion for settlement.

  We thank the Court for its time and attention to this matter.

> Plaintiff's Letter-Motion for an extension of time for the parties to submit their settlement agreement for approval (ECF No. 72) is GRANTED.  The parties are directed to submit their settlement documents for approval by **Wednesday, April 29, 2020**.  The Clerk of Court is respectfully directed to close ECF No. 72. Plaintiff is directed to ensure that Pro Se Defendants Joginder Paul and Anil Kumar are aware of this Order.
>
> SO-ORDERED 4/16/2020
>
> _/s/ Sarah L. Cave_  
> SARAH L. CAVE  
> United States Magistrate Judge

Respectfully Submitted,

  /s/Gennadiy Naydenskiy\_\_\_\_\_  
  Gennadiy Naydenskiy

*Certified as a minority-owned business in the State of New York*