UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOEL RODRIGUEZ FRANCO, et al.,

                Plaintiffs,

against

TANDOORI NORTH INC., D/B/A INDIGO INDIAN BISTRO, et al.,

                Defendant.

CIVIL ACTION NO.: 17 Civ. 9393 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On April 16, 2020, the parties were ordered to submit their settlement agreement for approval by Wednesday, April 29, 2020. (ECF No. 73). The parties have failed to comply with the Court's Order.

The parties are ordered to submit their agreement by **Friday, May 8, 2020**, including an explanation for their failure to comply. Plaintiffs' counsel is directed to provide a copy of this order to Pro Se Defendants Joginder Paul and Anil Kumar.

Dated:     New York, New York
            May 4, 2020

SO ORDERED

_/s/ Sarah L. Cave_
SARAH L. CAVE
**United States Magistrate Judge**