**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X   Index. 17-cv-9393

JOEL RODRIGUEZ FRANCO, *individually and on*

*behalf of others similarly situated,*

                           *Plaintiff,*

                           -against-

TANDOORI NORTH INC. (d/b/a Indigo Indian

Bistro), JOGINDER PAUL and ANIL KUMAR

                           *Defendants.*

------------------------------------------------------------------X

### [Proposed] JUDGMENT
### **JUDGMENT**

      On October 13, 2020 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

      NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

      That the Plaintiff JOEL RODRIGUEZ FRANCO has judgment against Defendants TANDOORI NORTH INC. (d/b/a Indigo Indian Bistro), JOGINDER PAUL and ANIL KUMAR (collectively "Defendants"), jointly and severally, in the amount of $15,000, (Fifteen Thousand Dollars) which is inclusive of attorneys' fees and costs.

      This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have as to damages, or any other form of relief, arising out of the alleged acts or omissions of the Defendants.

      This judgment is entered pursuant to Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed as an admission of liability by the Defendants, or any officer, employee or

- 2 -

agent, either past or present of the Defendants; nor is it an admission that Plaintiff has suffered any damages.

      This judgment will act to release and discharge the Defendants; their successors or assigned, and all past and present officers, employees, representatives, attorneys and agents of the Defendants, from any and all claims that were or could have been alleged by Plaintiff. This judgment will operate to waive Plaintiff's rights to any claim for interest on the amount of the judgment.

Dated: _____, 2020

                                                        _____

                                                      **HON. SARAH L. CAVE**