```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 25 2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOEL RODRIGUEZ FRANCO, *individually
and on behalf of others similarly situated,*

                    *Plaintiff,*

-against-

TANDOORI NORTH INC. (d/b/a Indigo Indian
Bistro), JOGINDER PAUL and ANIL KUMAR,

                    *Defendants.*
-----------------------------------------------------------X

Index No. **17-cv-9393 (SLC)**

**SATISFACTION OF JUDGMENT**

      **WHEREAS,** a judgment was entered in the above action on the 19th of October 2020, in favor of Plaintiff JOEL RODRIGUEZ FRANCO ("Plaintiff") against Defendants TANDOORI NORTH INC.(d/b/a Indigo Indian Bistro), JOGINDER PAUL and ANIL KUMAR, jointly and severally (collectively, "Defendants"), in the amount of $15,000.00, and said judgment with interests and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

      **NOW THEREFORE,** full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
       August 25, 2022

                                         CSM Legal, P.C.

                                         By: _____
                                             Ramsha Ansari, Esq.
                                             60 East 42nd Street, Suite 4510
                                             New York, New York 10165
                                             Tel: (212) 917-1200
                                             Fax: (212) 317-1620
                                             *Attorneys for Plaintiff*

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

On the 25th day of August, 2022, before me personally came Ramsha Ansari, to me known and known to be the Associate Attorney of the firm of CSM Legal, P.C., attorneys for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that she executed the same.

*Catalina Sojo*
Notary Public

CATALINA SOJO MOLINA
Notary Public - State of New York
NO. 02SO6429587
Qualified in Kings County
My Commission Expires Feb 22, 2026